# AKIN GUMP
# STRAUSS HAUER & FELD LLP
### Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/10

JOHN M. DOWD
2028874386/fax: 2028874288
jdowd@akingump.com

December 23, 2009

**By facsimile**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10022

DEC 23 2009

Re:  United States v. Raj Rajaratnam and Danielle Chiesi
     09 Cr. 1184 (RJH)

Dear Judge Holwell:

    We respectfully submit this letter on behalf of the defendants in the above-captioned case to request permission of the Court, pursuant to Federal Rule of Criminal Procedure 7(f), to file any motion relating to a bill of particulars, should such a motion become necessary, outside of the 10-day window otherwise prescribed by Rule 7(f) and in accordance with a motion schedule to be set by the Court. We have conferred with Assistant United States Attorney Jonathan Streeter who informed us that the Government consents to this request.

    Rule 7(f) allows a motion for bill of particulars to be made outside of the 10-day window with permission from the Court. Fed. R. Crim. P. 7(f) ("The defendant may move for a bill of particulars before or within 10 days after arraignment or at a later time if the court permits.") We served a discovery demand on the Government on December 21, 2009 at the arraignment in this matter, which included a demand for a bill of particulars and we are awaiting a response from the Government. At the arraignment, the Government stated that it expects to complete discovery by the end of January which we believe will be voluminous. In light of the fact that the Government will not be completing discovery until well after the ten day period following the arraignment and the significant amount of discovery which we expect to receive from the Government in the coming weeks, we respectfully submit that it will be impractical to file any meaningful motion related to a bill of particulars within 10 days after arraignment.

    At the arraignment, the Court set a pre-trial conference for February 11 at 2:30 p.m. for the parties to report back on the progress of discovery at which time the Court would set a motion schedule. We expect to advise the Court of our intention to file any motion relating to a bill of particulars at that status conference. Accordingly, we respectfully request Your Honor's

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

The Honorable Richard J. Holwell
December 23, 2009
Page 2

permission to file any motion relating to a bill of particulars, should such a motion become necessary, outside of the 10-day window and in accordance with a motion schedule to be set by the Court.

Application Granted.
SO ORDERED
[signature]
USDJ 1/5/10

Respectfully submitted,

John M. Dowd /RH
Robert H. Hotz, Jr.
Samidh Guha

cc: Assistant United States Attorney Joshua Klein (by email)
Assistant United States Attorney Jonathan Streeter (by email)
Special Assistant United States Attorney Andrew Michaelson (by email)

Alan Kaufman
*Counsel for Danielle Chiesi*